903 P.2d 729

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Smith v. State | 15589 | 9/18/95 | Affirmed |
| State v. Oshiro | 17088 | 9/22/95 | Affirmed |
| GECC Financial Corp. v. Kelly | 16748 | 9/25/95 | Vacated and Remanded |
| State v. Hassard | 17118 | 9/25/95 | Affirmed |
| State v. Simard | 17223, 17332 | 9/28/95 | Affirmed |
| State v. Burnett | 17238 | 9/28/95 | Affirmed |

| | | | |
|---|---|---|---|
| State v. Ahlo | 16548 | 8/7/95 | Granted | 79 Hawai'i 385 903 P.2d 690 |
| State v. Holbron | 16706 | 5/26/95 | Denied | 78 Hawai'i 422 895 P.2d 173 |